# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**CHARLES KOCH**,

    *Plaintiff,*

v.

**LORAIN COUNTY, OHIO, et al.,**

    *Defendants.*

**Case No. 1:24-cv-00031**

**JUDGE SOLOMON OLIVER, JR.**

**CONSENT JUDGMENT**

This matter came before the Court upon the joint request and stipulation of Plaintiff Charles Koch ("Plaintiff") and Defendant Ruben Ortiz ("Ortiz") (collectively, the "Parties"), for entry of a Consent Judgment. The Parties have entered into a Confidential Settlement and Release Agreement to fully and finally resolve all claims that were, or could have been, asserted against Defendant Ortiz in this Lawsuit. Pursuant to that Agreement, Defendant Ortiz has stipulated to an entry of judgment against him.

The Court, having reviewed the file and the stipulations of the Parties, and being fully advised of the premises, hereby **FINDS, ORDERS, ADJUDGES, AND DECREES** that:

1. **Judgment Amount**: Judgment is hereby entered in favor of Plaintiff Charles Koch and against Defendant Ruben Ortiz in the amount of Five Hundred Thousand Dollars ($500,000.00).

1

2. **Liability**: Liability and damages are established to the extent admitted by Defendant Ortiz in accordance with the Parties' agreement.

3. **Satisfaction and Enforcement**: In accordance with the Parties' Agreement, execution and enforcement of this Judgment against Defendant Ruben Ortiz and the Ortiz Releasees is stayed. This Judgment shall be satisfied solely through amounts recoverable from County Risk Sharing Authority ("CORSA") via the assignment of claims executed by Defendant Ortiz. Plaintiff shall not seek further recovery or execution from Defendant Ortiz or the Ortiz Releasees personally.

4. **Finality**: This Order constitutes a final judgment adjudicating all claims and liabilities between Plaintiff Charles Koch and Defendant Ruben Ortiz in this action.

**IT IS SO ORDERED.**

/s/ SOLOMON OLIVER, JR.     7/29/2026
JUDGE SOLOMON OLIVER, JR.

**STIPULATED AND APPROVED BY:**

**For Plaintiff Charles Koch:**

Steve Albenze (Bar No. 0079557)
Counsel for Plaintiff Charles Koch

**For Defendant Ruben Ortiz:**

/s/ Daniel J. Leffler (by consent)
Daniel J. Leffler (0076540)
Counsel for Defendant Ruben Ortiz

2